MEMO ENDORSED

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| DESIREE CHRISTINE JEUNE, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| | * | |
| vs. | * | |
| | * | NO. 7:26-CV-05532-VR |
| COMMISSIONER OF SOCIAL SECURITY, | * | |
| | * | |
| | * | |
| Defendant. | * | |
| | * | |

To the Honorable Judge Reznik:

Desiree Christine Jeune, Plaintiff in the above-captioned matter, by and through their undersigned counsel, respectfully files this letter motion pursuant to Fed. R. Civ. P. 6(b) and Local Rule 7.1(d) and requests an extension of time through November 30, 2026, for Plaintiff to file their Brief.

As such, the joint proposed schedule under Local Rule 4.1 is as follows: it is requested Plaintiff's memorandum would be due November 30, 2026. It is requested that Commissioner of Social Security's memorandum would be due sixty days later, on January 29, 2027. Commissioner's attorney was contacted regarding this proposed schedule but did not respond.

Respectfully Submitted,

/s/ Ida M. Comerford
Ida M. Comerford, Esq.
*Attorney for Plaintiff*
Hiller Comerford Injury & Disability
6000 N. Bailey Avenue, Suite 1A
Amherst, New York 14226
icomerford@hillercomerford.com

The Court **GRANTS** the extension request. Plaintiff's brief is now due 11/30/2026, and Commissioner's brief due 01/29/2027.

SO ORDERED.

Hon. Victoria Reznik, U.S.M.J.

Dated: 10/01/2026